QAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

FILED
OCT - 3 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
V.

BRADLEY S. CLARK and RICHARD ELDRIDGE

CRIMINAL COMPLAINT

Case Number: 07- 3048 - m

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **June 14, 2007** in **Macoupin** County, in the **Central** District of **Illinois** defendant(s) did,

(Track Statutory Language of Offense)
conspiracy to manufacture methamphetamine and possession of a firearm in furtherance of a drug crime

in violation of Title **21** United States Code, Section(s) **846 and 18 U.S.C. § 924(c)**.

I further state that I am a(n) **DEA Task Force Agent** and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

s/ Sean Simpson
Signature of Complainant

Sean Simpson
Printed Name of Complainant

Sworn to before me and signed in my presence,

10/2/2007    11 AM    at    Springfield    Illinois
Date                              City                State

s/ Byron G. Cudmore

Byron G. Cudmore    U.S. Magistrate Judge
Name of Judge       Title of Judge           Signature of Judge

| | |
|---|---|
| STATE OF ILLINOIS | ) |
|  | ) SS |
| COUNTY OF SANGAMON | ) |

## AFFIDAVIT

Sean Simpson, being duly sworn, states:

1. I am an investigator with the Illinois Attorney General's Office, currently assigned as a Task Force Agent with the Drug Enforcement Administration in the Springfield, Illinois Resident Office. I have been employed with the Illinois Attorney General's Office for approximately 10 years. During my employment with the Illinois Attorney General's Office, I have participated in the preparation and execution of federal and state search warrants and arrest warrants and have conducted many investigations concerning firearm and narcotic violations.

2. This affidavit is made in support of a complaint charging BRADLEY S. CLARK and RICHARD ELDRIDGE with Conspiracy to Manufacture Methamphetamine in violation of 21 U.S.C. § 846 and possession of a firearm in furtherance of a drug crime, in violation of 18 U.S.C. § 924(c). A warrant for the arrest of the defendants is requested.

3. I am familiar with the following facts based upon my own personal investigation or information officially furnished to me by other law enforcement agents, witnesses or confidential sources.

4. On June 14, 2007, at approximately 1:25 a.m., Illinois State Police agents were conducting surveillance on anhydrous ammonia tanks at the FS Plant in Medora,

Illinois due to recent thefts of anhydrous ammonia. The agents observed a suspicious vehicle drive up to the tanks.

5. The driver of the vehicle, later identified as RICHARD ELDRIDGE, started to exit the vehicle when agents approached the vehicle and announced themselves. During this time, the passenger, BRADLEY CLARK, reached behind the seat for an automatic rifle and pointed it across the front seat and directed at the officers. ISP Agent King, in fear for his life, and the life of his fellow agents, shot Clark three times, striking him in the right forearm, the left hand and in the chest. It was later discovered that Clark was wearing a bulletproof vest.

6. After the scene and CLARK and ELDRIGE were secured, it was discovered that the weapon was an AR-15 Assault Rifle. The Rifle was later tested by the Illinois State Police forensic science laboratory and was found to have been converted to function as a fully automatic rifle.

7. A search of the vehicle revealed approximately 18.6 grams of pseudoephedrine and other items used in the manufacturing of methamphetamine.

8. CLARK was interviewed by the Illinois State Police on June 14, 2007. CLARK told agents that he and ELDRIDGE drove to the Medora, Illinois FS Plant to steal anhydrous ammonia. CLARK said that he was wearing a camouflage ballistic vest with an AR-15 magazine in the pocket of the vest. CLARK said that when he and ELDRIDGE arrived at the FS Plant, police officers approached their vehicle and took ELDRIDGE into custody. CLARK said that he retrieved an AR-15 Assault Rifle from the back floorboard of the vehicle. CLARK said he pointed the AR-15 Assault Rifle at

the police officers. CLARK said that he heard at least two gunshots and felt a burning pain in both of his arms. CLARK said that he dropped the rifle and attempted to open the passenger's door. CLARK said that he was then taken into custody. CLARK stated that he also had a military-style canister of police tear gas inside the vehicle.

9. CLARK and ELDRIGE are currently being held at the Macoupin County, Illinois Jail.

s/ Sean Simpson

Sean Simpson, Task Force Agent
Drug Enforcement Administration

Subscribed and sworn to before me this 3rd day of October, 2007.

s/ Byron G. Cudmore

BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE