AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
V.
RICHARD ELDRIDGE

**WARRANT FOR ARREST**

Case Number: 07-3048-m

FILED
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OCT 1 0 2007

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     RICHARD ELDRIDGE
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

conspiracy to manufacture methamphetamine and possession of a firearm in furtherance of a drug crime

US MARSHALS SERVICE
CENTRAL ILLINOIS
RECEIVED
2007 OCT -4  P 3:52

in violation of Title  21  United States Code, Section  846 and 18 U.S.C. § 924(c)

Byron G. Cudmore
Name of Issuing Officer

/s/ Byron G Cudmore
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

10/2/2007  11 AM  Springfield, Illinois
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Macoupin County

| DATE RECEIVED 10/04/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/09/07 | Sean Simpson DEA/TFO | /s/ Larry Haller |