E-FILED
Monday, 29 October, 2007  11:04:19 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-MJ-3048 |
| | ) | |
| RICHARD LEE ELDRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MOTION FOR DISCOVERY</u>**

COMES NOW the Defendant, Richard Lee Eldridge , by his attorneys, Scroggins Law Office Ltd., and moves for discovery pursuant to Federal Rules of Criminal Procedure and demands the Plaintiff to disclose to defense counsel the following material and information within its possession and control:

(a)     The list of names and last known addresses of all witnesses whom the Plaintiff intends to call at trial.

(b)     Any written, recorded, or oral statement made by the Defendant or a co-defendant.

(c)     Any written report filed by the government agency that forms a basis of the charges that are brought against the Defendant.

(d)     To prepare his defense, the Defendant needs to know the hour and date of the incident involved, including the address, and, if in a building, what portion of the building where said incident took place.

(e)     Any physical evidence related to this cause which is in the Plaintiff's possession.

(f)     Any material information known to the Plaintiff which tends to negate the guilt of the Defendant as to the offense charged in the above-entitled cause or which would tend to reduce his punishment should he be convicted.


RICHARD LEE ELDRIDGE,


/s/     Morgan Scroggins #06202541
Scroggins Law Office, Ltd.
1506 Johnson Road, Suite 200
Granite City, IL 62040
(618) 876-5300

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )
vs.                              )        No. 07-MJ-3048
                                 )
RICHARD LEE ELDRIDGE,            )
                                 )
          Defendant.             )

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2007, I caused to be electronically filed a Motion For Discovery with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s).

Respectfully submitted,


/s/ Morgan Scroggins #06202541
Scroggins Law Office Ltd.
1506 Johnson Road, Suite 200
Granite City, Illinois 62040
(618) 876-5300