E-FILED
Thursday, 08 November, 2007 04:19:26 PM
Clerk, U.S. District Court, ILCD

FILED
NOV 7 - 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>BRADLEY SCOTT CLARK, and )<br>RICHARD LEE ELDRIDGE, )<br>)<br>Defendants. ) | Criminal No. 07-30112<br>Violations: 21 U.S.C. §§ 846,<br>841(a)(1), 841(b)(1)(C) and<br>18 U.S.C. §§ 924(c), 922(g)(1)<br>and 2. |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy to Manufacture 5 or More Grams of Methamphetamine)

1.  On or about June 14, 2007, in the Central District of Illinois, the defendants,

**BRADLEY SCOTT CLARK and RICHARD LEE ELDRIDGE**

knowingly and intentionally conspired with each other to manufacture a controlled substance, namely, 5 or more grams of methamphetamine, a Schedule II controlled substance.

2.  As part of the conspiracy, the defendants possessed a sufficient quantity of pseudoephedrine to manufacture 5 or more grams of methamphetamine and attempted to steal anhydrous ammonia from the FS Plant in Medora, Illinois.

3. As a further part of the conspiracy, the defendants possessed and carried an AR-15 assault rifle in furtherance of the conspiracy and during and in relation to the conspiracy.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

## COUNT 2
### (Possession of a Firearm in Furtherance Of and Carrying a Firearm During and In Relation to a Drug Trafficking Crime)

On or about June 14, 2007, in the Central District of Illinois, the defendants,

**BRADLEY SCOTT CLARK and RICHARD LEE ELDRIDGE**

knowingly and intentionally possessed a firearm in furtherance of and carried a firearm during and in relation to a drug trafficking crime, namely, conspiracy to manufacture 5 or more grams of methamphetamine, as charged in Count 1.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 3
### (Possession of a Firearm by a Convicted Felon)

On or about June 14, 2007, in the Central District of Illinois, the defendants,

**BRADLEY SCOTT CLARK and RICHARD LEE ELDRIDGE,**

after previously being convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, which had previously been shipped or transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

A TRUE BILL,

s/ Foreperson

_____
FOREPERSON

s/ Gregory M. Gilmore
_____ for
RODGER A. HEATON
UNITED STATES ATTORNEY
TB