UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  07-30112 |
| ) | |
| BRADLEY SCOTT CLARK, and ) | |
| RICHARD LEE ELDRIDGE ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT CLARK'S MOTION TO CONTINUE**

NOW COMES the Defendant BRADLEY SCOTT CLARK, by Douglas J. Beevers, his appointed counsel, and moves this Honorable Court to continue the final pre-trial and trial in this cause for 60 to 90 days.  In support thereof, defendant states as follows:

1.  This case is set for a final pre-trial conference on Wednesday, January 2, 2008, at 4:00 p.m. and for trial on Monday, January 8, 2008, at 9:00 a.m.;

2. The defendant has received voluminous discovery and needs additional time to go through all of it.  In addition, Counsel will need to interview numerous witnesses;

3.  Attorney Rob Alvarado has been assigned as lead counsel in this case, and has met with the Defendant.  However, the intended second chair counsel will not start employment with the Federal Public Defender's Office until January 7, 2008;

4.  The Government by AUSA Tim Bass has been contacted but has not stated whether he has any objections to a continuance;

5.  The co-defendant's counsel has also been contacted but has not stated whether he has any objections to a continuance;

6. This motion is not made for the purpose of delay but is in the interests of justice for the reasons herein set forth.

WHEREFORE, the defendant BRADLEY SCOTT CLARK, prays that this Honorable Court continue the scheduled final pre-trial and trial in this cause for approximately 60 to 90 days or as soon thereafter as convenient to the Court.

Respectfully submitted,

RICHARD H. PARSONS,
Chief Federal Public Defender,

By:   s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

I hereby certify that on December 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Tim Bass
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

Mr. Morgan E. Scroggins
Scroggins Law Office LTD
1506 Johnson Road, Suite 200
Granite City, IL 62040

By:   s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org