**E-FILED**
Tuesday, 18 December, 2007  09:42:09 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-30112 |
| | ) | |
| BRADLEY SCOTT CLARK, and | ) | |
| RICHARD LEE ELDRIDGE | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT ELDRIDGE'S MOTION TO CONTINUE

Comes now the Defendant, Richard Lee Eldridge, by and through his attorney, Morgan Scroggins and moves this Honorable Court to continue the final pre-trial and trial in this case for 60 to 90 days.  In support thereof, Defendant states as follows:

1.    This case is set for a final pre-trial conference on Wednesday, January 2, 2008, at 4:00 p.m. and for trial on Monday, January 8, 2008, at 9:00 a.m.

2.    The Defendant has received voluminous discovery and needs additional time to go through all of it.  In addition, Defendant's attorney will need to interview numerous witnesses;

3.    This motion is not made for the purpose of delay but is in the interests of justice for the reasons herein set forth.

WHEREFORE, the Defendant, Richard Lee Eldridge, prays that this Honorable Court continue the scheduled final pre-trial and trial in this cause for approximately 60

to 90 days or as soon thereafter as convenient to the Court.

RICHARD LEE ELDRIDGE,


/s/ Morgan Scroggins #06202541
Scroggins Law Office Ltd.
1506 Johnson Road, Suite 200
Granite City, Illinois 62040
(618) 876-5300

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-30112 |
| | ) | |
| BRADLEY SCOTT CLARK, and | ) | |
| RICHARD LEE ELDRIDGE | ) | |
| | ) | |
| Defendants. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 18, 2007, I caused to be electronically filed a

Motion To Continue with the Clerk of the Court using the CM/ECF system which will

send notification of such filing(s).

Respectfully submitted,


/s/ Morgan Scroggins #06202541
Scroggins Law Office Ltd.
1506 Johnson Road, Suite 200
Granite City, Illinois 62040
(618) 876-5300