**E-FILED**
Friday, 14 March, 2008  08:23:15 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-MJ-3048 |
| | ) | |
| RICHARD LEE ELDRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE

Comes now the Defendant, Richard Lee Eldridge, by and through his attorneys,

Scroggins Law Office Ltd., and for his Motion To Continue, states as follows:

1.     The above entitled case is set for hearing on April 1, 2008 at 9:00

a.m.

2.     Attorney for the Defendant is scheduled to be Harrisburg, Illinois  for a

pre-trial hearing on a murder case which is set for trial the 1st week of April, 2008, and is

unable to attend said court date.

WHEREFORE, Defendant, prays that the above entitled case be continued after

April 7, 2008 and for such other and further relief as this Court deems just and proper.

/s/ Morgan Scroggins #06202541
Scroggins Law Office, Ltd.
1506 Johnson Road, Suite 200
Granite City, IL 62040
618/ 876-5300

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,     )
                       )
       Plaintiff,        )
                       )
vs.                   )     No. 07-MJ-3048
                       )
RICHARD LEE ELDRIDGE,     )
                       )
       Defendant.      )

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 14, 2007, I caused to be electronically filed a

Motion To Continue with the Clerk of the Court using the CM/ECF system which will

send notification of such filing(s).

Respectfully submitted,


/s/ Morgan Scroggins #06202541
Scroggins Law Office Ltd.
1506 Johnson Road, Suite 200
Granite City, Illinois 62040
(618) 876-5300