E-FILED
Wednesday, 14 May, 2008 01:16:30 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. 07-30112 |
| | ) |
| RICHARD LEE ELDRIDGE, | ) |
| | ) |
| Defendant. | ) |

### NOTICE REGARDING PRIOR FELONY DRUG CONVICTIONS

The United States of America, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, pursuant to 21 U.S.C. § 851, hereby informs the defendant and the Court that the defendant has prior felony drug convictions upon which the government will rely at the time of sentencing. Those convictions were for:

Chemical Breakdown of a Controlled Substance
Madison County, Illinois
Case No: 99-CF-2033

Possession of a Controlled Substance
Macoupin County
Case No: 00-CF-33

Possession of a Controlled Substance
Madison County
Case No: 00-CF-607

Possession of a Controlled Substance
Macoupin County
Case No: 03-CF-9

Possession of a Controlled Substance
Macoupin County
Case No: 04-CF-56

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

By:     s/Timothy A. Bass
Timothy A. Bass
Missouri Bar No.  45344
Assistant United States Attorney
318 S. Sixth Street
Springfield, IL 62701
Phone: (217) 492-4450
Fax: (217) 492-4512
tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on May 14, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Attorney for Defendant

                                                  s/Timothy A. Bass
                                                  Timothy A. Bass
                                                  Missouri Bar No.  45344
                                                  Assistant United States Attorney
                                                  318 S. Sixth Street
                                                  Springfield, IL 62701
                                                  Phone: (217) 492-4450
                                                  Fax: (217) 492-4512
                                                  tim.bass@usdoj.gov