E-FILED
Monday, 21 July, 2008   10:36:14 AM
Clerk, U.S. District Court, ILCD

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES v. RICHARD LEE ELDRIDGE | | | | | DISTRICT COURT<br>Central District of Illinois |
| PLAINTIFF'S ATTORNEY<br>Timothy A. Bass | | | DEFENDANT'S ATTY.<br>Morgan E. Scroggins | | DOCKET NUMBER   07-30112 |
| | | | | | TRIAL DATE   August 5, 2008 |
| PRESIDING JUDGE<br>Jeanne E. Scott | | | COURT REPORTER<br>Kathy Sullivan | | COURTROOM DEPUTY |

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS |
|---|---|---|---|---|---|
| 1A- | | | | | Photographs |
| 2 | | | | | dragger test tube |
| 3 | | | | | plastic bag w/ pseudoephedrine |
| 4 | | | | | .223 caliber ammunition |
| 5 | | | | | rubber gloves |
| 6 | | | | | ballistic vest |
| 7 | | | | | mag-lite |
| 8 | | | | | gloves |
| 9 | | | | | cell phone |
| 10 | | | | | cardboard tube |
| 11 | | | | | cell phone |
| 12 | | | | | AR-15 rifle |

| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** |
|---|---|---|---|---|---|
| UNITED STATES v. RICHARD LEE ELDRIDGE | | | | | DISTRICT COURT — Central District of Illinois |
| PLAINTIFF'S ATTORNEY: Timothy A. Bass | | | DEFENDANT'S ATTY.: Morgan E. Scroggins | | DOCKET NUMBER 07-30112 / TRIAL DATE August 5, 2008 |
| PRESIDING JUDGE: Jeanne E. Scott | | | COURT REPORTER: Kathy Sullivan | | COURTROOM DEPUTY |
| 13A- | | | | | Other evidence seized from the arrest scene |

3:07-cr-30112-JES-BGC    # 20    Page 2 of 2