UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. 07-30112 |
| | ) |
| RICHARD LEE ELDRIDGE, | ) |
| | ) |
| Defendant. | ) |

## STATEMENT OF THE CASE

The defendant, Richard Lee Eldridge, is charged in an indictment with conspiracy to manufacture a controlled substance, namely, 5 or more grams of methamphetamine (Count 1); possession of a firearm in furtherance of and carrying a firearm during and in relation to a drug trafficking crime (Count 2); and possession of a firearm by a convicted felon (Count 3).

The defendant has pleaded not guilty to the charges.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

By:  s/Timothy A. Bass
Timothy A. Bass
Missouri Bar No.  45344
Assistant United States Attorney
318 S. Sixth Street
Springfield, IL 62701
Phone: (217) 492-4450
Fax: (217) 492-4512
tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Attorney for Defendant

                                              s/Timothy A. Bass  
                                              Timothy A. Bass  
                                              Missouri Bar No.  45344  
                                              Assistant United States Attorney  
                                              318 S. Sixth Street  
                                              Springfield, IL 62701  
                                              Phone: (217) 492-4450  
                                              Fax: (217) 492-4512  
                                              tim.bass@usdoj.gov